UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEPLAY MUSIC, LLC,

    Plaintiff.

  -against-

MAKITA U.S.A., INC.

    Defendant.

---

Civil Action No.:
13 cv 05235 (JPO)

**JOINT STIPULATION AND ORDER FOR THE ENLARGEMENT OF TIME**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/13

  IT IS HEREBY STIPULATED AND AGREED, by and through the respective undersigned counsel for the parties hereto, as follows:

  1. Defendant's time to answer, move or otherwise respond to Plaintiff's Complaint is extended to, and includes, September 10, 2013 (an extension of 14 days from the original response date of August 27, 2013).

  2. Plaintiff's time to reply, move or otherwise respond to any counterclaims alleged by Defendant is extended to, and includes, October 15, 2013 (an extension of 14 days from the original response date of October 1, 2013).

  3. No party has previously requested or been granted any adjournment or extension.

Respectfully submitted,

| NIXON PEABODY LLP | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP |
|---|---|
| /s/ Seth L. Berman | /s/ Paul D. Sarkozi |
| Seth L. Berman | Paul D. Sarkozi |
| Jason C. Kravitz | Jaclyn H. Grodin |
| Mass. BBO # 565904 | |
| (*pro hac vice* admission to be requested) | |
| | |
| 50 Jericho Quadrangle | 900 Third Avenue |
| Suite 300 | New York, New York 10022 |
| Jericho, NY 11753 | |
| Phone: (516) 832-7566 | Phone: (212) 508-6700 |
| Fax: (866) 761-4147 | Fax: (212) 371-1084 |
| Email: sberman@nixonpeabody.com | Email: sarkozi@thsh.com |
|         jkravitz@nixonpeabody.com |         grodin@thsh.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: August 21, 2013

SO ORDERED:

/s/ J. Paul Oetken

Honorable J. Paul Oetken
United States District Judge

8-22-13