UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEPLAY MUSIC, LLC,<br><br>                Plaintiff.<br><br>     -against -<br><br>MAKITA U.S.A., INC.<br><br>                Defendant. | Civil Action No.:<br>13 cv 05235 (JPO)<br><br>**NOTICE OF DEFENDANT MAKITA U.S.A., INC.'S MOTION TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Makita U.S.A., Inc's ("Makita") Motion to Dismiss the Complaint, Defendant Makita respectfully moves the United States District Court for the Southern District of New York for an order dismissing the Complaint in the above-captioned matter.

                                      Respectfully submitted,

Dated: New York, New York      **TANNENBAUM HELPERN SYRACUSE &**
         September 10, 2013             **HIRSCHTRITT LLP**

                                      /s/ Jaclyn Grodin
                                    Paul D. Sarkozi
                                    Jaclyn H. Grodin

                                    900 Third Avenue
                                    New York, New York 10022
                                    Phone: (212) 508-6700
                                    Fax: (212) 371-1084
                                    Email: sarkozi@thsh.com
                                              grodin@thsh.com

                                    OF COUNSEL:
                                    Michael K. Friedland
                                    Benjamin A. Katzenellenbogen
                                    Samantha Y. Hsu

                                    **KNOBBE MARTENS OLSON & BEAR,**
                                    **LLP**
                                    2040 Main Street, Fourteenth Floor
                                    Irvine, CA  92614
                                    Phone: (949) 760-0404
                                    Fax: (949) 760-9502
                                    Email: michael.friedland@knobbe.com
                                              ben.katzenellenbogen@knobbe.com
                                              samantha.hsu@knobbe.com

                                    *Attorneys for Defendant Makita U.S.A., Inc.*