IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

ELECTRONICALLY FILED
DATE: OCT 0 1 2013

FREEPLAY MUSIC, LLC,

    Plaintiff,

-against-

MAKITA U.S.A., INC.,

    Defendant.

Civil Action No. 13-05235

**ORDER FOR ADMISSION
PRO HAC VICE OF
BENJAMIN A. KATZENELLENBOGEN**

The motion of Benjamin A. Katzenellenbogen, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name: Benjamin A. Katzenellenbogen
Firm Name: Knobbe Martens Olson & Bear LLP
Address: 2040 Main Street, 14th Floor
City/State/Zip: Irvine, CA 92614
Telephone/Fax: 949-760-0404
Email: Ben.Katzenellenbogen@Knobbe.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Makita U.S.A,. Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Benjamin A. Katzenellenbogen is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: OCT 0 1 2013

United States District / ~~Magistrate Judge~~

16297607