# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT NEW YORK



FREEPLAY MUSIC, LLC,

    Plaintiff,

-against-

MAKITA U.S.A., INC.,

    Defendant.

Civil Action No. 13-05235

**ORDER FOR ADMISSION
PRO HAC VICE OF
SAMANTHA Y. HSU**

The motion of Samantha Y. Hsu, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name: Samantha Y. Hsu
Firm Name: Knobbe Martens Olson & Bear LLP
Address: 2040 Main Street, 14th Floor
City/State/Zip: Irvine, CA 92614
Telephone/Fax: 949-760-0404
Email: samantha.hsu@Knobbe.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Makita U.S.A.. Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Samantha Y. Hsu is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **OCT 0 1 2013**

_____
United States District / ~~Magistrate Judge~~

16297639