UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEPLAY MUSIC, LLC, | Civil Action No.: 1:13-cv-5235-JPO |
| Plaintiff. | |
| -against - | **NOTICE OF DEFENDANT MAKITA U.S.A., INC.'S MOTION TO DISMISS THE COMPLAINT** |
| MAKITA U.S.A., INC. | |
| Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Makita U.S.A., Inc's Motion to Dismiss the Amended Complaint, Defendant Makita respectfully moves the United States District Court for the Southern District of New York for an order dismissing the Amended Complaint in the above-captioned matter.

Defendant attests that it has complied with Rule 4(B) of this Court's Individual Practices in Civil Cases.

Respectfully submitted,

Dated: October 7, 2013         *s/ Benjamin A. Katzenellenbogen*

Paul D. Sarkozi
Jaclyn H. Grodin
**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**
900 Third Avenue
New York, New York 10022
Phone: (212) 508-6700
Fax: (212) 371-1084
Email: sarkozi@thsh.com
 grodin@thsh.com

OF COUNSEL:
Michael K. Friedland
Benjamin A. Katzenellenbogen
Samantha Y. Hsu

**KNOBBE MARTENS OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Fax: (949) 760-9502
Email: michael.friedland@knobbe.com
 ben.katzenellenbogen@knobbe.com
 samantha.hsu@knobbe.com

*Attorneys for Defendant Makita U.S.A., Inc.*

16409128
100713