

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

Benjamin A. Katzenellenbogen
Ben.Katzenellenbogen@knobbe.com

<u>**VIA ECF**</u>

October 31, 2013

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Facsimile No: (212) 805-7991

RE:   *Freeplay Music, LLC v. Makita U.S.A., Inc.*
       Case No. 13 cv 05235

Dear Judge Oetken:

We represent Defendant Makita U.S.A., Inc. ("Makita") in the above-captioned action. Pursuant to Rule 4(H) of your Individual Practices in Civil Cases, Makita respectfully requests oral argument in connection with its Motion to Dismiss the Amended Complaint (ECF No. 24) filed on October 8, 2013. Makita filed its Reply Memorandum in Further Support of the Motion to Dismiss the Amended Complaint on October 31, 2013 (ECF No. 27).

                                            Sincerely,

                                            */s/ Benjamin A. Katzenellenbogen*

                                            Benjamin A. Katzenellenbogen

cc:   Seth L. Berman, Esq. (via e-mail)
      Ben Katzenellenbogen, Esq. (via e-mail)
      Paul D. Sarkozi, Esq. (via e-mail)

16579121