**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Jaclyn H. Grodin
Direct Dial: (212) 508-6776
grodin@thsh.com

December 20, 2013

**VIA ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
Room 2101
New York, NY 10007

    RE:   *Freeplay Music, LLC v. Makita U.S.A., Inc., et al.*
            Case No. 13 cv 05235 (JPO)

Dear Judge Oetken:

    We represent Defendant Makita U.S.A., Inc. in the above-referenced matter. Pursuant to Rule 1(C) of the Court's Individual Practices, we write to request an extension until January 21, 2014 of the deadline for Makita U.S.A., Inc. to answer, move or otherwise respond to the Second Amended Complaint.

    The current deadline for Makita, U.S.A., Inc. to respond is January 6, 2014. No previous requests for an extension of time to respond to the Second Amended Complaint have been made. Plaintiff consents to Makita U.S.A., Inc.'s request for an extension.

                                                Respectfully submitted,

                                                Jaclyn H. Grodin

cc:   Seth Berman, Esq. (*via e-mail*)
       Jason Kravitz, Esq. (*via e-mail*)
       Ben Katzenellenbogen, Esq. (*via e-mail*)