UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREEPLAY MUSIC, LLC,

            Plaintiff,

- against -

MAKITA CORPORATION and
MAKITA U.S.A., INC

            Defendants.

**AFFIDAVIT OF SERVICE**

**Civil Action No.
13 cv 05235 (JPO)(FM)**

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NASSAU )

  JOSEPH RAMOS, being duly sworn, deposes and says:

  I am not a party to the action, am over 18 years of age, and reside in Oceanside, New York.

  On February 6, 2014, I served true copies of the **Third Amended Summons and Third Amended Complaint for Copyright Infringement with supporting Exhibits**, in the above-referenced matter by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of United States Postal Service for delivery by **International Registered Certified Mail** – Return Receipt Requested.

To: Makita Corporation
   3-11-8, Sumiyoshi-Cho, Anjo, Aichi 446-8502. Japan

                  _____
                   Joseph Ramos

Sworn to before me this
10th day of Februay, 2014.

_____
Notary Public

THERESA S. BARBER
Notary Public, State of New York
Registration #01BA6155540
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires November 13, 2014

| Registered No. | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee $13.65 | | | | 0568 |
| Handling Charge $0.00 | | Return Receipt | $3.75 | 12 |
| Postage $16.34 | | Restricted Delivery | $0.00 | 02/06/14 |
| Received by | | | | |

Customer Must Declare Full Value $ $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Berman
Nixon Peabody LLP
50 Jericho Quadrangle St. 300
Jericho NY 11753

TO: Makita Corporation
3-11-8 Sumiyoshi-Cho
Anjo, Aichi 446-8502
Japan

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

```
==================================
         OLD WESTBURY BR
       OLD WESTBURY, New York
             115681234
           3548330568-0097
02/06/2014 (800)275-8777 02:47:51 PM
==================================
========= Sales Receipt =========
Product         Sale Unit    Final
Description     Qty  Price   Price

Japan - FCMI Large Envelope   $16.34
 1 lb.  5.90 oz.
  Return Receipt               $3.75
~~ Registered                 $13.65
  Insured Value:      $0.00
  Article Value:      $0.00
  Label #:
  RE257319684US
                            ========
Issue PVI:                    $33.74

                            ==========
Total:                        $33.74


Paid by:
MasterCard                    $33.74
  Account #:     XXXXXXXXXXXX0600
  Approval #:    091005
  Transaction #: 240
  23903190254

~~ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-international-claim
s.htm.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
```