UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEPLAY MUSIC, LLC,<br><br>                                  Plaintiff,<br><br>              - against-<br><br>MAKITA CORPORATION and<br>MAKITA U.S.A., INC.<br><br>                               Defendants. | **AFFIDAVIT**<br>**OF SERVICE**<br><br>Civil Action No.<br>13-CV-05235 (JPO / FM) |

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS.:

      **Lawrence J. Nails,** being duly sworn, deposes and says:

      1.    I am over the age of 21 years, not a party to this action, and reside in the State of New York.

      2.    On February 6, 2014, I served Plaintiff's **Third Amended Summons and Third Amended Complaint for Copyright Infringement, with exhibits annexed thereto,** in the above-captioned matter, upon defendant **MAKITA CORPORATION,** pursuant to Section 307 of the New York Business Corporation Law, by personally mailing copies of said papers to said defendant, at its last known address:

                    Makita Corporation
                    14930 Northam Street
                    La Mirada, CA 90638

via the United States Postal Service, using Registered Mail, Return Receipt Requested. A copy of the Registered Mail receipt is annexed hereto.

                                                          _/s/ Lawrence J. Nails_
                                                             **Lawrence J. Nails**

Sworn to before me this
6th day of February, 2014

_/s/ Karen Plude_
Notary Public

                KAREN PLUDE
      Notary Public, State of New York
            No. 01PL6224192
      Qualified in Westchester County
    Commission Expires June 28, 2014

14850338.1

| Registered No. KE505735988US | | Date Stamp |
|---|---|---|
| Reg. Fee $ $11.95 | | 0207 |
| Handling Charge $ $0.00 | Return Receipt $ $2.70 | 24 |
| Postage $ $11.25 | Restricted Delivery $ $0.00 | 02/06/14 |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | |

To Be Completed By Post Office
To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Nixon Peabody
12077 Broadway 10 Floor
Albany NY 12207

TO: Makita Corporation
14930 Northam Street
La Mirada CA 90638

PS Form 3806.    Receipt for Registered Mail    Copy 1 - Customer