UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEPLAY MUSIC, LLC, | Civil Action No.: 1:13-cv-5235-JPO |
| Plaintiff. | |
| -against - | |
| MAKITA CORPORATION and MAKITA U.S.A., INC. | |
| Defendants. | |

## NOTICE OF MAKITA U.S.A, INC.'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Makita U.S.A., Inc.'s Motion to Dismiss the Third Amended Complaint, Defendant Makita U.S.A., Inc. respectfully moves the United States District Court for the Southern District of New York for an order dismissing the Third Amended Complaint in the above-captioned matter.

Respectfully submitted,

Date:  February 27, 2014         **KNOBBE MARTENS OLSON & BEAR, LLP**

/s/ Benjamin A. Katzenellenbogen
Michael K. Friedland
Benjamin A. Katzenellenbogen
Samantha Y. Hsu

2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Fax: (949) 760-9502
Email:  michael.friedland@knobbe.com
        ben.katzenellenbogen@knobbe.com
        samantha.hsu@knobbe.com

**TANNENBAUM HELPERN SYRACUSE & HIRSCTRITT LLP**
Paul D. Sarkozi
Jaclyn H. Grodin

900 Third Avenue
New York, New York 10022
Phone: (212) 508-6700
Fax: (212) 371-1084
Email: sarkozi@thsh.com
         grodin@thsh.com

*Attorneys for Defendant Makita U.S.A., Inc.*

17349676