USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 8 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEPLAY MUSIC, LLC,

        Plaintiff.

-against-

MAKITA CORPORATION
and MAKITA U.S.A., INC.

        Defendant.

Civil Action No.: 1:13-cv-5235-JPO

**STIPULATION AND
[PROPOSED ORDER]
RE: SERVICE OF THIRD AMENDED
COMPLAINT; AND
TIME TO RESPOND TO WRITTEN
DISCOVERY**

**WHEREAS** the parties have agreed to resolve and avoid disputes regarding the service of process on Makita Corporation by agreeing that counsel for Makita Corporation will accept service on behalf of Makita Corp. in exchange for an extension of the time for Makita Corporation to respond to written discovery requests that may hereafter be served by plaintiff (in part to account for the time required to translate documents between Japanese and English).

**IT IS HEREBY STIPULATED THAT:**

1)    Makita Corporation agrees that email delivery of the Third Amended Complaint on its undersigned counsel shall constitute good and proper service of process upon it;

2)    Makita Corporation hereby waives any right to insist on service of the Third Amended Complaint through the Hague Convention and any right to move against the Third Amended Complaint on the grounds of improper service.

3)    Makita Corporation shall have until April 4, 2014 to answer, move against, or otherwise respond to the Third Amended Complaint, except as prohibited by paragraph 2 herein.

4)    Makita Corporation will have an additional thirty (30) days beyond the period provided by the Federal Rules of Civil Procedure to respond to Plaintiff's First Set of Interrogatories, First Set of Demands for the Production of Documents, and First Notice to

Admit, which may be hereafter served by plaintiff, and an additional fifteen (15) days beyond the period provided by the Federal Rules of Civil Procedure to respond to any subsequent written discovery requests.

Dated: February 26, 2014

| | |
|---|---|
| **KNOBBE MARTENS OLSON & BEAR, LLP** | **NIXON PEABODY LLP** |
| /s/ Michael K. Friedland | /s/ Jason C. Kravitz |
| Michael K. Friedland (pro hac vice) | Jason C. Kravitz |
| Benjamin A. Katzenellenbogen (pro hac vice) | Seth L. Berman |
| Samantha Y. Hsu (pro hac vice) | 50 Jericho Quadrangle, Suite 300 |
| 2040 Main Street, Fourteenth Floor | Jericho, NY 11753 |
| Irvine, CA 92614 | Phone: (516) 832-7500 |
| Phone: (949) 760-0404 | Email: jravitz@nixonpeabody.com |
| Fax: (949) 760-9502 | sberman@nixonpeabody.com |
| Email: michael.friedland@knobbe.com | |
| ben.katzenellenbogen@knobbe.com | *Attorneys for Plaintiff Freeplay Music LLC* |
| samantha.hsu@knobbe.com | |

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**
Paul D. Sarkozi
Jaclyn H. Grodin
900 Third Avenue
New York, New York 10022
Phone: (212) 508-6700
Fax: (212) 371-1084
Email: sarkozi@thsh.com
grodin@thsh.com

*Attorneys for Defendants Makita U.S.A., Inc. and Makita Corporation*

SO ORDERED:

/s/ J. Paul Oetken    2/28/14
Hon. J. Paul Oetken
United States District Court Judge

17264043_7