UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEPLAY MUSIC, LLC, | Civil Action No.: 1:13-cv-5235-JPO |
| Plaintiff. | |
| -against - | |
| MAKITA CORPORATION and MAKITA U.S.A., INC. | |
| Defendants. | |

## DEFENDANT MAKITA U.S.A., INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Civil Rule 7.1.1, Defendant Makita U.S.A., Inc. certifies that Makita Corporation owns 100% of its stock.

Respectfully submitted,

Date:  April 4, 2014

**KNOBBE MARTENS OLSON & BEAR, LLP**

*/s/ Benjamin A. Katzenellenbogen*
Michael K. Friedland (*Pro Hac Vice*)
Benjamin A. Katzenellenbogen (*Pro Hac Vice*)
Samantha Y. Hsu (*Pro Hac Vice*)

2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Fax: (949) 760-9502
Email:  michael.friedland@knobbe.com
            ben.katzenellenbogen@knobbe.com
            samantha.hsu@knobbe.com

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**
Paul D. Sarkozi
Jaclyn H. Grodin

900 Third Avenue
New York, New York 10022
Phone: (212) 508-6700
Fax: (212) 371-1084
Email: sarkozi@thsh.com
grodin@thsh.com

*Attorneys for Defendant Makita U.S.A., Inc. and Makita Corporation*

17705347