UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEPLAY MUSIC, LLC,<br><br>Plaintiff.<br><br>-against -<br><br>MAKITA CORPORATION<br>and MAKITA U.S.A., INC.<br><br>Defendant. | Civil Action No.: 1:13-cv-5235-JPO |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate and agree that the above action, including all claims, counterclaims, and affirmative defenses, is hereby dismissed with prejudice, and without costs, disbursements or attorneys' fees to any party.

| Dated: 7/14/14 | Dated: 7-14-14 |
|---|---|
| *[signature]*<br>Nixon Peabody, LLP<br>Attorneys for Plaintiff, Freeplay Music, LLC | *[signature]*<br>Knobbe Martens<br>Attorneys for Defendants, Makita U.S.A., Inc. and Makita Corporation |

SO ORDERED this day of  July 16         , 2014.

*[signature]*
J. PAUL OETKEN
United States District Judge

17931977

15012012.1                          8